UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ELENI BUCCA,

    Defendant.
_____/

Case No. 20-cr-20359
Hon. Gershwin Drain

### ORDER GRANTING DEFENDANT'S MOTION TO AMEND THE JUDGMENT OF SENTENCE TO RECOMMEND THAT DEFENDANT BE RE-DESIGNATED TO A MEDICAL FACILITY AND EXTENDING REPORTING DATE [#48]

Defendant Eleni Bucca pled guilty to one count of wire fraud and was sentenced to 15 months in prison. Defendant's reporting date has been extended several times due to her numerous health issues. Presently before the Court is the Defendant's Motion to Extend Reporting Date and to Amend the Judgment of Sentence to Recommend that Defendant be Re-Designated to a Medical Facility, filed on December 13, 2023. The Government does not oppose Defendant's request to amend the judgment of sentence; however, the Government objects to Defendant's request to extend her reporting date until the Bureau of Prisons (BOP) determines whether she should be redesignated to a medical facility.

1

The Court finds that an extension is necessary because Defendant will be undergoing IVIG treatments beginning on December 20, 2023 that will occur every three to four weeks. The Court further finds that an open-ended reporting date is unwarranted as the Bureau of Prisons may be able to determine whether Defendant should be designated to a medical facility within nine weeks.

Accordingly, IT IS ORDERED that:

The Court will amend the judgment of sentence to recommend that Defendant be re-designated to a Bureau of Prisons' Medical Facility.

Defendant's reporting date to the designated institution shall be extended from <u>December 14, 2023 to February 14, 2024</u>.

Defendant SHALL supply the United States Probation Department with her medical records <u>within five days of the instant order</u>.

The Probation Department SHALL forthwith forward her medical records to the Bureau of Prisons for its determination of whether Defendant shall be re-designated to a BOP Medical Facility.

Dated: December 13, 2023                     s/Gershwin A. Drain
                                             GERSHWIN A. DRAIN
                                             United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys on
December 13, 2023, by electronic and/or ordinary mail.
/s/ Aaron Flanigan for Teresa McGovern
Case Manager